**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10260 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-01332-SRB |
| v. | |
| AMADOR LEON-QUINTERO, a.k.a. Almador Leon Quinteros, a.k.a. Amador Leon Quinteros, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, District Judge, Presiding[**]

Submitted July 21, 2015[***]

Before:      CANBY, BEA, and MURGUIA, Circuit Judges.

Amador Leon-Quintero appeals from the district court's judgment and

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The Honorable Linda R. Reade, Chief Judge of the United States District Court for the Northern District of Iowa, sitting by designation.

[***]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

challenges his guilty-plea conviction and 57-month sentence for reentry of a removed alien, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Leon-Quintero's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Leon-Quintero the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Leon-Quintero waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.** Appellant's motion to supplement the record is denied.

**DISMISSED.**